## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DARRELL DONTA McKENZIE,
ADC #097711                                                                                            PLAINTIFF

v.                                      No. 4:06CV00618 JLH

MICHELLE HILL, et al.                                                                              DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's complaint against defendants is hereby DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 14th day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE